UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW E. ORSO, et al., | Case No.: 2:23-cv-01609-APG-MDC |
| Plaintiffs | **Order Dismissing Case** |
| v. | |
| TODD DISNER, et al., | |
| Defendants | |

    The plaintiffs have not taken action to prosecute their claims against the defendants since October 2023.  The clerk of court issued a notice on November 1, 2024 advising the plaintiffs that if they took no action in this case within 30 days, the court would dismiss the case for want of prosecution. ECF No. 12.  The plaintiffs have taken no action.

    I THEREFORE ORDER that this case is dismissed without prejudice.  The clerk of court is instructed to close this case.

    DATED this 3rd day of December, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE